## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| SYSCO CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AGRI STATS, INC. et al.<br><br>Defendants. | Civil No. 4:21-cv-00773<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY JPML** |

Based on the pendency of a Joint Motion for Transfer of Related Actions Pursuant to 28 U.S.C. § 1407 for Consolidated Pre-Trial Proceedings ("Joint Motion") filed with the Judicial Panel on Multidistrict Litigation ("JPML"), Sysco Corporation ("Plaintiff") and Agri Stats, Inc.; Clemens Food Group, LLC; The Clemens Family Corporation; Hormel Foods Corporation; JBS USA Food Company; Seaboard Foods LLC; Smithfield Foods, Inc.; Triumph Foods, LLC; Tyson Foods, Inc.; Tyson Prepared Foods, Inc.; and Tyson Fresh Meats, Inc. (collectively, "Defendants" and with Plaintiff, the "Parties") hereby jointly move for a stay of all proceedings in the above-captioned action and state as follows:

1.      On March 8, 2021, Sysco Corporation filed a complaint in the Southern District of Texas; (*Sysco Corporation v. Agri Stats, Inc. et al.*, Case No. 4:21-cv-00773 (S.D. Texas)) ("Sysco Action").

2.      On February 26, 2021, Cheney Brothers, Inc. ("Cheney") filed a complaint in the Southern District of Florida; (*Cheney Brothers, Inc. v. Agri Stats, Inc. et al.*, 9:21-cv-80424-DMM (S.D. Fla.)) ("Cheney Action").

3.      On March 10, 2021, Plaintiff and Cheney filed the Joint Motion with the JPML, arguing that the Sysco Action and the Cheney Action should be coordinated for pretrial purposes. Plaintiff and Cheney in the Joint Motion proposed that the Cheney Action be transferred to the United States District Court for the Southern District of Texas so that it can be consolidated with the Sysco Action for pretrial purposes, or, alternatively, that the Sysco Action and the Cheney Action be transferred to the United States District Court for the District of Minnesota, where they could be coordinated for pretrial proceedings with the actions currently captioned *In re Pork*

*Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-HB) (D. Minn.) before the Honorable John R. Tunheim and U.S. Magistrate Judge Hildy Bowbeer, which includes both class-action and direct-action cases.

4.      The Parties agree that a complete stay of the Sysco Action is appropriate pending the JPML's final resolution of the Joint Motion, which will determine whether this case proceeds in this Court or is transferred to the United States District Court for the District of Minnesota for pretrial purposes.

5.      The Parties note that the Court in the Cheney Action sua sponte stayed all proceedings in that case pending the transfer ruling from the JPML.  *See* Exhibit A.

6.      The Parties agree that no party will suffer prejudice, damage, hardship, or inequity from a stay of this action at this time.

7.      A stay will also conserve the Court's resources and avoid potentially unnecessary and duplicative litigation burdens on the Parties.

WHEREFORE, the Parties respectfully request that this Court stay all proceedings in this action and issue the proposed Order, attached hereto.


[*Remainder of page intentionally left blank.*]

Date:  March 24, 2021

/s/ Scott E. Gant
Scott E. Gant (*pro hac vice*)
Michael S. Mitchell (*pro hac vice*)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison (*pro hac vice*)
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

*Counsel for Plaintiff Sysco Corporation*

/s/ Bruce D. Oakley
Bruce D. Oakley
State Bar No. 15156900
S.D. Tex. Bar No. 11824
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas  77002
Tel.:  (713) 632-1400
Fax:  (713) 632-1401
bruce.oakley@hoganlovells.com

William L. Monts III (*pro hac vice
forthcoming*)
Justin W. Bernick (*pro hac vice forthcoming*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

Respectfully submitted:

/s/ Mark L. Johnson
Mark L. Johnson
Virginia R. McCalmont
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
612-373-0830
mjohnson@greeneespel.com
vmccalmont@greeneespel.com

Jamie A. Aycock
State Bar No. 24050241
S.D. Texas Bar No. 1233210
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
713-836-3762
jamie.aycock@kirkland.com

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

*Counsel for Clemens Food Group, LLC
(formerly Hatfield Quality Meats, Inc.) and
The Clemens Family Corporation*

/s/ David C. Kent
ATTORNEY-IN-CHARGE
DAVID C. KENT
State Bar No. 11316400
Southern District No. 9006
david.kent@faegredrinker.com
FAEGRE DRINKER BIDDLE
& REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

OF COUNSEL:
RICHARD A. DUNCAN
Minn. Bar #192983
Richard.duncan@faegredrinker.com
FAEGRE DRINKER BIDDLE
& REATH LLP
2200 Wells Fargo Center, 90 South Seventh
Street
Minnesota 55402
612-766-8600 (telephone)
612-766-1600 (fax)

*Counsel for Hormel Foods Corporation*

/s/ Elizabeth Devaney
Christopher Porter (# 24070437)
Liz Devaney (# 24040100)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7000
713-221-7100 FAX
chrisporter@quinnemanuel.com
lizdevaney@quinnemanuel.com

Stephen R. Neuwirth
(*pro hac vice* forthcoming)
Michael B. Carlinsky
(*pro hac vice* forthcoming)
Sami H. Rashid (*pro hac vice* forthcoming)
Richard T. Vagas (*pro hac vice* forthcoming)
David B. Adler (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
richardvagas@quinnemanuel.com
davidadler@quinnemanuel.com

*Counsel for JBS USA Food Company*

/s/ Kevin P. Robinowitz
Kevin P. Robinowitz
State Bar No. 24000917
S.D. Tex. Bar No. 32259
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX  75219
Telephone:  (214) 560-2201
Facsimile:  (214) 560-2203
kevin.robinowitz@stinson.com

*Counsel for Seaboard Foods, LLC*


/s/ Brian Robison
Brian Robison
State Bar No. 00794547
S.D. Tex No. 22692
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*


/s/ Sabrina A. Neff
Sabrina A. Neff
TBN: 24065813
HUSCH BLACKWELL, LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile
sabrina.neff@huschblackwell.com

Christopher A. Smith (*pro hac* forthcoming)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com

*Counsel for Triumph Foods, LLC*

/s/ Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice* pending)
Rachel J. Adcox (pro hac vice pending)
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, N.W.
Washington, DC 20004
Telephone: 202.912.4700
trider@axinn.com
radcox@axinn.com

Jarod Taylor (*pro hac vice* pending)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860.275.8109
jtaylor@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2021, I caused a true and correct copy of the Joint Motion to Stay Proceedings Pending Ruling on Transfer and Consolidation by JPML to be served via the Court's CM/ECF system on all counsel of record and on attorneys for Defendants via electronic mail.


*/s/ Christopher Porter*
Christopher Porter
