United States District Court
Southern District of Texas
**ENTERED**
May 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYSCO CORPORATION, § § Plaintiff, § VS. § AGRI STATS INC § and § CLEMENS FOOD GROUP, LLC § and § CLEMENS FAMILY CORPORATION, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-00773 |

## ORDER STAYING PROCEEDINGS

This matter coming to be heard on the parties' joint motion to stay proceedings pending ruling on transfer and consolidation by JPML (Dkt. No. 23), the Court having reviewed the joint motion, and being duly advised and finding good cause, it is HEREBY ORDERED THAT:

1. All deadlines and proceedings in this case are STAYED pending the JPML's final decision on the Joint Motion for Transfer of Related Actions Pursuant to 28 U.S.C. § 1407 for Consolidated Pre-Trial Proceedings.

2. In the event that the JPML decides that this case should remain in this Court, the parties shall confer on a briefing schedule for responsive pleadings, and submit joint or competing proposed schedules to the Court within seven (7) business days of the JPML's ruling.

It is so ORDERED.

SIGNED on this 12th day of May, 2021.

_____
Kenneth M. Hoyt
United States District Judge